# Third District Court of Appeal
## State of Florida

Opinion filed June 24, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0599
Lower Tribunal No. 24-16088-FC-04

————————————

**D.N. and V.R.N.,**
Petitioners,

vs.

**A.E.E. and A.M.E.,**
Respondents.

A Writ of Certiorari to the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Susan Meisel Levin, P.A., and Susan Meisel Levin, for petitioners.

Tate Healey Webster, and Erica T. Healey (Tampa), for respondents.

Before SCALES, C.J., and LINDSEY, and GOODEN, JJ.

PER CURIAM.

We grant the petition for certiorari and quash the order under review.  See Interest of K.P.L., 334 So. 3d 356, 359 (Fla. 2d DCA 2022) (where a motion to vacate or set aside an adoption presents a colorable entitlement to relief, the motion cannot be dismissed without an evidentiary hearing).